## MINGO ZARACHO V. THE STATE.

No. 9442.   Delivered November 18, 1925.

**Attempted Burglary of Private Residence—Companion Case.**

Appeal from the District Court of Austin County. Tried below before the Hon. M. C. Jeffrey, Judge.

Appeal from a conviction of an attempted burglary of a private residence, penalty four years in the penitentiary.

*Johnson Mattheia & Thompson,* for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for attempted burglary, punishment being four years in the penitentiary.

This is a companion case to Morales v. State (No. 9433, this day decided). Appellant is supposed to have been the other Mexican referred to in Morales' case, and claimed by Brandenburg (an accomplice witness) to have been acting with him and Morales in the attempted burglary. The facts in the present case are practically identical with those developed in the Morales case, and which appear in that opinion. For the reasons therein stated the same disposition is called for in this case as was made in Morales' case.

The judgment is reversed and the cause remanded.

*Reversed and remanded.*